AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dr. H.Y. Lim Tung <br><br> *Plaintiff(s)* <br> v. <br><br> Dr. Hugh C. Hemmings, Jr., Dr. Jimcy Platholi <br> Dr. Paul Heerdt <br> Weill Cornell Medical College; Journal of Biological Chemistry; Dr. Kaoru Sakabe; Dr. Lila Gierasch <br> *Defendant(s)* | Civil Action No. <br><br> **CV 19-5502** <br><br> MAUSKOPF, J. <br> BULSARA, M.J |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Please see next page for Defendant's address

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se Plaintiff: Dr. H.Y. Lim Tung
31-70 Crescent Street
Astoria, NY 11106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: OCT 0 1 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                      _____
                                                *Printed name and title*


                                      _____
                                                *Server's address*

Additional information regarding attempted service, etc:

**List of Defendants and addresses**

**Dr. Hugh C. Hemmings, Jr.,**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Dr. Jimcy Platholi**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Dr. Paul Heerdt**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Weill Cornell Medical College**
1300 York Avenue
New York, NY 10065

**Journal of Biological Chemistry**
11200 Rockville Pike, Suite 302
**Rockville, Maryland 20852**
Dr. Kaoru Sakabe
c/o Journal of Biological Chemistry
11200 Rockville Pike, Suite 302
Rockville, Maryland 20852

**Dr. Lila Gierasch**
c/o Journal of Biological Chemistry
11200 Rockville Pike, Suite 302
Rockville, Maryland 20852