ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dr. H.Y. Lim Tung | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| Dr. Hugh C. Hemmings, Jr., Dr. Jimcy Platholi<br>Dr. Paul Heerdt<br>Weill Cornell Medical College; Journal of Biological<br>Chemistry; Dr. Kaoru Sakabe; Dr. Lila Gierasch | ) |
| _Defendant(s)_ | ) |

**CV 19-5502**
MAUSKOPF, J.
BULSARA, M.J.

RECEIVED DEC 20 2019 PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Please see next page for Defendant's address

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Pro Se Plaintiff: Dr. H.Y. Lim Tung
    31-70 Crescent Street
    Astoria, NY 11106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                DOUGLAS C. PALMER
                _CLERK OF COURT_

Date: OCT 0 1 2019                 _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                                           _____
                                                *Printed name and title*

                                           _____
                                                *Server's address*

Additional information regarding attempted service, etc:

## List of Defendants and addresses

**Dr. Hugh C. Hemmings, Jr.,**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Dr. Jimcy Platholi**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Dr. Paul Heerdt**
c/o Department of Anesthesiology
Weill Cornell Medical College
1300 York Avenue
New York, NY 10065

**Weill Cornell Medical College**
1300 York Avenue
New York, NY 10065

**Journal of Biological Chemistry**
11200 Rockville Pike, Suite 302
**Rockville, Maryland 20852**
Dr. Kaoru Sakabe
c/o Journal of Biological Chemistry
11200 Rockville Pike, Suite 302
Rockville, Maryland 20852

**Dr. Lila Gierasch**
c/o Journal of Biological Chemistry
11200 Rockville Pike, Suite 302
Rockville, Maryland 20852



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

DR H.Y. LIM TUNG,

                                           AFFIDAVIT OF SERVICE

                                           INDEX NO.
                                           CV19-5502

      -Against-

                                           JUDGE MAUSKOPF, J.

DR HUGH C. HEMMINGS, JR.

DR JIMCY PLATHOLI

DR PAUL HEERDT

WEILL CORNELL MEDICAL COLLEGE

JOURNAL OF BIOLOGICAL CHEMISTRY

DR KAORU SAKABE

DR LILA GIERASCH

                           DEFENDANTS,
_____X

COUNTY OF QUEENS       )
STATE OF NEW YORK      )   SS:.

      PIERRE LIMTUNG BEING DULY SWORN DECLARES:

      1.     THAT I AM NOT A PARTY IN THIS LAWSUIT

2. THAT I LIVE AT 14-14 30TH ROAD, ASTORIA, NY 11102.

3. THAT ON DECEMBER 20, 2019, I PERSONALLY SERVED A TRUE COPY OF A SUMMONS AND COMPLAINT TO THE FOLLOWING:

   A. WEILL CORNELL MEDICAL COLLEGE

      1300 YORK AVENUE

      NEW YORK, NY 10065

   B. DR HUGH C. HEMMINGS JR.

      C/O DEPARTMENT OF ANESTHESIOLOGY

      WEILL CORNELL MEDICAL COLLEGE

      1300 YORK AVENUE

      NEW YORK, NY 10065

4. THAT ON DECEMBER 20, 2019, I SERVED A TRUE COPY OF A SUMMONS AND COMPLAINT TOGETHER WITH A COPY OF NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS, AND A COPY OF WAIVER OF THE SERVICE OF SUMMONS AND A STAMPED ENVELOPE TO THE FOLLOWING:

   A. DR JIMCY PLATHOLI

      C/O DEPARTMENT OF ANESTHESIOLOGY

      WEILL CORNELL MEDICAL COLLEGE

      1300 YORK AVENUE

      NEW YORK, NY 10065

   B. DR PAUL HEERDT

      C/O DEPARTMENT OF ANESTHESIOLOGY

      WEILL CORNELL MEDICAL COLLEGE

       1300 YORK AVENUE

       NEW YORK, NY 10065

C.    JOURNAL OF BIOLOGICAL CHEMISTRY

       11200 ROCKVILLE PIKE, SUITE 302

       ROCKVILLE, MARYLAND 20852

D.    DR KAORU SAKABE

       C/O JOURNAL OF BIOLOGICAL CHEMISTRY

       11200 ROCKVILLE PIKE, SUITE 302

       ROCKVILLE, MARYLAND 20852

E.    DR LILA GIERASCH

       C/O JOURNAL OF BIOLOGICAL CHEMISTRY

       11200 ROCKVILLE PIKE, SUITE 302

       ROCKVILLE, MARYLAND 20852

                             RESPECTFULLY,

                             *[signature]*

                             PIERRE LIMTUNG

SWORN TO BEFORE ME ON THE 20TH DAY OF DECEMBER 2019.

_____
NOTARY PUBLIC

PAUL MASTROGIANNIS
NOTARY PUBLIC
NO. - 01MA6118199
QUEENS, NEW YORK STATE
COMMISSION EXPIRES-12/06/2020

_____
STAMP OF NOTARY PUBLIC

(4)